UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ,

                          Plaintiff,

          -against-

INTERNAL REVENUE SERVICE,

                          Defendant.

26cv4004 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the June 16, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    June 22, 2026
            New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                           Chief United States District Judge